## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO.  8:05CR444 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **DEDRICK M. JONES,** | ) | |
| **Defendant.** | ) | |

Upon Defendant's oral motion to continue the Sentencing Hearing in this matter:

IT IS ORDERED:

The Sentencing Hearing has been rescheduled before District Judge Laurie Smith Camp to the **July 6, 2006,** at **8:30 a.m.,** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 7th day of June, 2006.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                United States District Judge